```
PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JOANN U. BABIAK (SBN 209535)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
E-mail:  pcogan@rmkb.com, kcurry@rmkb.com, jbabiak@rmkb.com
```

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GRAY,,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST'S DISABILITY INSURANCE PLAN,,<br><br>    Defendant.<br><br>COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN,,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a corporation,,<br><br>    Third-Party Defendant. | CASE NO.  C07-1189 (SC)<br><br>**STIPULATION EXTENDING TIME FOR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON TO RESPOND TO THE THIRD PARTY COMPLAINT** |

    It is hereby stipulated by and between COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN ("Comcast Plan"), Defendant and Third Party Plaintiff and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Third Party Defendant, through their respective attorneys of record, that defendants shall have up to and including June 23, 2008 to file a response to the Third Party Complaint filed by Comcast Plan.

```
 1   Dated: May 30, 2008           ROPERS, MAJESKI, KOHN & BENTLEY
 2
 3                                 By: _____
 4                                     PAMELA E. COGAN
                                       KATHRYN C. CURRY
 5                                     JOANN U. BABIAK
                                       Attorneys for Defendant
 6                                     LIBERTY LIFE ASSURANCE COMPANY
                                       OF BOSTON
 7
 8   Dated: May 29, 2008           COOPER, WHITE & COOPER LLP
 9
10                                 By: _____
                                       STEPHEN KAUS
11                                     EDWARD L. SEIDEL
                                       Attorneys for Defendant and Third Party
12                                     Plaintiff
                                       COMCAST COMPREHENSIVE HEALTH
13                                     AND WELFARE BENEFIT PLAN
```

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA