1  TIMOTHY J. FRICKER (SBN 183309)
   JAMES G. MELLEN (SBN 122035)
2  FRICKER & MELLEN & ASSOCIATES
   Tribune Tower
3  409 13th Street, 17th Floor
   Oakland, CA 94612
4  Tel: (510) 663-8484
   frickertjf@aol.com; jgmellen@hotmail.com
5  Facsimile: (510) 663-0639
   Attorneys for Plaintiff
6  SCOTT GRAY

7  STEPHEN KAUS (SBN 57454)
   EDWARD L. SEIDEL (SBN 200865)
8  COOPER, WHITE & COOPER LLP
   201 California Street, 17th Floor
9  San Francisco, CA 94111
   Tel: (415) 433-1900
10 Facsimile: (415) 433-5530
   skaus@csclaw.com; eseidel@cwclaw.com
11 Attorneys for Defendant and Third Party Plaintiff
   COMCAST COMPREHENSIVE HEALTH AND
12 WELFARE BENEFIT PLAN, erroneously sued as
   COMCAST DISABILITY INSURANCE PLAN

PAMELA E. COGAN (SBN 105089)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
pcogan@rmkb.com
Attorneys for Third Party Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GRAY,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST'S DISABILITY INSURANCE PLAN,<br><br>Defendant.<br><br>COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a corporation,<br><br>Third-Party Defendant | CASE NO. C07-1189 (SC)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Scott Gray, Defendant and Third Party Complainant Comcast Comprehensive Health And Welfare Benefit Plan, and Third Party Defendant Liberty Life Assurance Company of Boston, through their respective counsel of record, as follows:

1. Plaintiff shall dismiss with prejudice all claims alleged in the complaint against Defendant Comcast Comprehensive Health And Welfare Benefit Plan arising out of or relate to the short term disability component of the Comcast Comprehensive Health And Welfare Benefit Plan only. All other claims in the action that may relate to the long term disability component of the Comcast Comprehensive Health And Welfare Benefit Plan shall be and hereby are dismissed without prejudice.

2. Third Party Complainant Comcast Comprehensive Health And Welfare Benefit Plan shall dismiss with prejudice all claims in the third party complaint against Third Party Defendant Liberty Life Assurance Company of Boston arising out of or relate to the short term disability component of the Comcast Comprehensive Health And Welfare Benefit Plan only. All other claims in the action that may relate to the long term disability component of the Comcast Comprehensive Health And Welfare Benefit Plan shall be and hereby are dismissed without prejudice.

3. Each party shall bear its own fees and costs incurred in this action.

Dated: ~~November     , 2008~~

*March 3, 2009*

FRICKER & MELLEN & ASSOCIATES

By _____
~~TIMOTHY J. FRICKER~~
JAMES G. MELLEN
Attorneys for Plaintiff
SCOTT GRAY

| | | |
|---|---|---|
| 1 | Dated: November ____, 2008 | COOPER, WHITE & COOPER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | STEPHEN KAUS<br>Attorneys for Defendant and Third Party Plaintiff |
| 5 | | COMCAST COMPREHENSIVE |
| 6 | | HEALTH AND WELFARE BENEFIT PLAN |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Dated: ~~November~~ February 26, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
JENNIFER A. WILLIAMS
Attorneys for Third Party Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## ORDER

IT IS SO ORDERED. The above referenced action is hereby dismissed in its entirety. Plaintiff's complaint is hereby dismissed as stipulated above. Each party shall bear its own fees and costs.

Dated: 3/23/09

_____
HON. 

IT IS SO ORDERED
Judge Samuel Conti